ADDIE L. STICKLER, Appellant, *v.* WILLIAM P. RYAN et al., Respondents.

Submitted October 14, 1946; decided November 14, 1946.

*Harold E. Simpson* and *James F. O'Connor* for motion.
No one opposed.

Motion dismissed, with $10 costs and necessary printing disbursements upon the ground that the order does not finally determine the action within the meaning of the Constitution.